IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TRAVIS R. PHILIPS, | § | |
| Plaintiff, | § | |
| v. | § | 1:18-CV-501-RP |
| J.P. MORGAN CHASE BANK, N.A., FIRST NATIONAL BANK, GROVER J. GEISELMAN, III, JOHN C. HOFFMAN, and H. DALTON WALLCE, | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

On February 29, 2019, the Court issued an order granting summary judgment in favor of Defendant J.P. Morgan Chase Bank. (Order, Dkt. 25). The Court also granted sanctions against Plaintiff Travis R. Phillips and in favor of JP Morgan in the amount of $63,986.30, and ordering that Attorney George Slade will be jointly and severally liable to JP Morgan for $44,037.23 of this amount. (*See* Order on Sanctions, Dkt. 18; Final Order on Sanctions, Dkt. 26; Order Denying Appeal of Sanctions, Dkt. 31).

Today, the Court dismissed all claims against Defendants First National Bank, Grover J. Geiselman, III, John G. Hoffman, and H. Dalton Wallace. (Dkt. 32).

As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that attorney's fees and costs are assessed as set out in the order granting sanctions. (*See* Dkts. 18, 26, 31).

**IT IS FURTHER ORDERED** that if Phillips files a lawsuit related to these issues again, he will be subject to further monetary sanctions and may be barred from filing any case in the Western District of Texas absent leave of court.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** on July 25, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE